USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/14/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------- x

   **ROSARIO ET AL,**

                 **Plaintiffs,**

        **-against-**

   **ALMONTE ET AL,**

              **Defendants.**

--------------------------------------------------------- x

**25-CV-09672 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

     The Parties are ordered to submit a joint status report updating the Court on this case by

**April 21, 2026.**

**SO ORDERED.**

**Dated: April 14, 2026**

    **New York, New York**

                                     **ANDREW L. CARTER, JR.**
                                     **United States District Judge**